

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## WESTERN DIVISION

**HENRY HARRIS, JR., et al.**                            **PLAINTIFFS**

VS.                                       **CIVIL ACTION NO. 5:04CV119BrSu**

**ICI NORTH AMERICA, INC.**
**D/B/A and successor in interest**
**to GLIDDEN PAINTS, et al.**                           **DEFENDANTS**

### AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER came before the Court on the motion <u>ore tenus</u> of the parties to dismiss without prejudice the claims of plaintiffs Henry Harris, Jr., Clyde Cadney, Jr., Nathaniel Washington, Sr., and Leroy Rankin against the defendant ICI North America, Inc. After being fully advised in the premises, the Court finds that the motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the claims of plaintiffs Henry Harris, Jr., Clyde Cadney, Jr., Nathaniel Washington, Sr., and Leroy Rankin against the defendant ICI North America, Inc. are hereby dismissed without prejudice with each party to bear its own costs.

SO ORDER AND ADJUDGED, this the 1st day of February, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE

JO.99319733.1

AGREED:

_____
Michael J. Casano (MB# 10085)
Foxworth & Casano, P.A.
P.O. Box 2345
Gulfport, Mississippi 39505

ATTORNEY FOR PLAINTIFFS


_____
John W. Robinson, III (MB# 9020)
Terrell S. Williamson (MB# 8639)
111 East Capitol Street, Suite 600
Post Office Box 23066
Jackson, Mississippi 39225-3066


ATTORNEYS FOR ICI NORTH AMERICA, INC.